UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURA JOSEPHINE ANAYA,<br>Defendant. | Case No.: 25-CR-2183-GPC<br><br>JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE AND EXONERATING BOND<br><br>[ECF Nos. 47, 49] |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed without prejudice as to Defendant Laura Josephine Anaya.

**IT IS FURTHER ORDERED** that the bond is exonerated. Defense counsel is directed to submit an order to disburse any funds deposited with the Court.

**IT IS SO ORDERED.**

Dated:  March 25, 2026

Hon. Gonzalo P. Curiel
United States District Judge